UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| THE MICHAEL PHELPS FOUNDATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:10-cv-346-JAW |
| ADAM SCHROEDER, et al., | ) ) | |
| Defendant. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

On August 17, 2010, The Michael Phelps Foundation (Phelps) filed a complaint against Domains By Proxy, Inc. (Domains) and Does 1-9, alleging that Domains had engaged in cybersquatting and had infringed Phelps' unregistered trademark via its registration of the domain name <www.michaelphelpsfoundation.com> in violation of 15 U.S.C. § 1125 (2006). *Compl.* (Docket # 1). Phelps sought damages and injunctive relief against Domains. *Id.* On September 7, 2010, Phelps filed an amended complaint. *First Am. Compl., Req. for Injun. Relief and Demand for Jury Trial of Pl. Michael Phelps Foundation* (Docket # 7). This time, Phelps named Adam Schroeder, an individual, along with Does 1-9. *Id.* On the same day, Phelps voluntarily dismissed the complaint against Domains. *Stip. of Voluntary Dismissal for Domains by Proxy, Inc. Only* (Docket # 8). On September 8, 2010, the Court issued a Summons to Mr. Schroeder, *Summons* (Docket # 9), and on September 22, 2010, Phelps filed an Affidavit of Service, confirming that Mr. Schroeder had been served on September 14, 2010.

*Aff. of Personal Serv.* (Docket # 10). On October 6, 2010, Phelps moved for entry of default. *Req. for Entry of Default Against Def. Adam Schroeder* (Docket # 11). The Clerk entered default on October 7, 2010. *Order* (Docket # 12).

On October 19, 2010, Phelps moved for default judgment against Mr. Schroeder. *Pl.'s Mot. for Default J.* (Docket # 13) (*Pl's Mot.*). In support of the motion for default judgment, Phelps filed an affidavit of Paul J. Greene, attorney at law, confirming that: Mr. Schroeder was personally served with a summons and the First Amended Complaint on September 14, 2010; that Mr. Schroeder was required to plead or otherwise defend the amended complaint on or before October 5, 2010; that he failed to appear, answer, or otherwise defend on or before October 5, 2010; that Mr. Schroeder is not a minor or incompetent person, in military service, or otherwise exempt under the Servicemembers Civil Relief Act; that Wild West Domains, Inc., the registrar of <www.michaelphelpsfoudnation.com>, issued a Registrar Certificate, which surrendered dominion and control of the Phelps' domain name to this Court; that Wild West Domains, Inc. placed a registrar lock on the name to prevent it from being transferred, modified, or otherwise manipulated; and that Wild West Domains, Inc. will comply with an Order to transfer the disputed domain to Phelps. *Pl's Mot.* at Attach. 1, *Aff. of Paul J. Greene in Supp. of Mot. for Default J.*

On Phelps' motion, upon notice but without evidentiary hearing, no such hearing being required, and based on the evidence presented by Phelps, the Court

enters default judgment against Defendant Adam Schroeder pursuant to Rule 55. FED. R. CIV. P. 55. The Court hereby ORDERS:

1) A default judgment is entered against Defendant Adam Schroeder that he has committed and is committing cybersquatting in violation of 15 U.S.C. § 1125(d) and acts of infringement of an unregistered trademark in violation of 15 U.S.C. § 1125(a);

2) The Domain <www.michaelphelpsfoundation.com> is transferred to Plaintiff, The Michael Phelps Foundation; and,

3) Plaintiff is awarded costs to be submitted in accordance with Local Rule 54.3.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 21st day of October, 2010