UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| THE MICHAEL PHELPS FOUNDATION, a non-profit corporation with its principal place of business in Maine,<br><br>     Plaintiff,<br>v.<br><br>ADAM SCHROEDER, an individual, and DOES 1-9,<br><br>     Defendants. | Civil Action Docket No. 2:10-cv-00346-JAW |

DEFAULT JUDGMENT

     On motion of Plaintiff, The Michael Phelps Foundation, upon notice but without evidentiary hearing, no such hearing being required and based on the evidence presented by Plaintiff, the Court enters default judgment against Defendant Adam Schroeder pursuant to Fed. R. Civ. P. 55.  Accordingly, it is ADJUDGED and ORDERED that:

     1.     A default judgment is entered against Defendant that Defendant has committed and is committing cybersquatting in violation of 15 U.S.C. § 1125(d) and acts of infringement of an unregistered trademark in violation of 15 U.S.C. § 1125(a);

     2.     The Domain <www.michaelphelpsfoundation.com> is transferred to Plaintiff, The Michael Phelps Foundation; and

     3.     Plaintiff is awarded costs in an amount to be determined on proper showing by the Foundation.

Date:  October 22, 2010                  /s/ Elizabeth Richardson
                                                     Deputy Clerk

1929715.1